In the Matter of the Application of EGBERT BAGG and Another, Doing Business as a Partnership under the Name of BAGG & NEWKIRK, Respondents, for an Order Directing THOMAS J. NELSON, Comptroller of the City of Utica, to Forthwith Countersign the Audit of the Board of Education of Petitioners' Bill, etc. CITY OF UTICA, Appellant.— Order affirmed, with costs. Memorandum: The grounds upon which appellant seeks a reversal of the order are without legal merit. (*Matter of Fleischmann* v. *Graves*, 235 N. Y. 84; *Matter of Brennan* v. *Board of Education*, 245 id. 8; *Matter of Wilaka Construction Co., Inc.*, v. *McAneny*, 265 id. 43; *People ex rel. Kiehm* v. *Board of Education*, 198 App. Div. 476.) All concur. (The order

directs payment of petitioners' bill for services performed.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.